[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-13846

Non-Argument Calendar

_____

FITZGERALD DABEL,

Plaintiff-Appellant,

*versus*

G.T.L. AUTOMATED TELEPHONE SYSTEM,
DEPARTMENT OF CORRECTIONAL SECURITY
SYSTEM,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

2                    Opinion of the Court                    24-13846

D.C. Docket No. 0:24-cv-61925-BB

_____

Before JILL PRYOR, GRANT, and BRASHER Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Fitzgerald Dabel, proceeding *pro se*, appeals the district court's October 18, 2024, order transferring the case to the Middle District of Florida under 28 U.S.C. § 1406(a). We lack jurisdiction over this appeal because § 1406(a) transfer orders are not final and do not fall under the collateral order doctrine. *See* 28 U.S.C. § 1291; *CSX Transp., Inc. v. City of Garden City*, 235 F.3d 1325, 1327 (11th Cir. 2000); *Middlebrooks v. Smith*, 735 F.2d 431, 432-33 (11th Cir. 1984); *Stelly v. Emps. Nat'l Ins. Co.*, 431 F.2d 1251, 1253-54 (5th Cir. 1970).

All pending motions are DENIED as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.